# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 19-1140**                                   **September Term, 2022**

FILED ON: OCTOBER 27, 2022

AMERICAN LUNG ASSOCIATION AND AMERICAN PUBLIC HEALTH ASSOCIATION,
    PETITIONERS

v.

ENVIRONMENTAL PROTECTION AGENCY AND ANDREW WHEELER, ADMINISTRATOR,
    RESPONDENTS

AEP GENERATING COMPANY, ET AL.,
    INTERVENORS

———

Consolidated with 19-1165, 19-1166, 19-1173, 19-1175, 19-1176, 19-1177, 19-1179, 19-1185, 19-1186, 19-1187, 19-1188

———

On Remand from the Supreme Court of the United States

———

Before: MILLETT, PILLARD and WALKER, *Circuit Judges*

**A M E N D E D   J U D G M E N T**

These causes came to be heard on remand from the Supreme Court, reversing this court's judgment filed January 19, 2021, and remanding for further proceedings. *See West Virginia v. EPA*, 142 S. Ct. 2587 (2022). On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the Coal Petitioners' petitions for review of the ACE Rule be denied; the petitions for review challenging the timing portion of implementing regulations be granted; the petitions for review challenging the repeal of the Clean Power Plan be denied; and the remaining challenges to the ACE Rule be held in abeyance pending completion of rulemaking by the EPA.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the partial mandate forthwith.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk